IN THE UNITED STATES DISTRICT COURT
FOR THENORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

LUIS ALBERTO MENDOZA-ALMENDAREZ,
Reg. No. 76696-004,

    Petitioner,

v.                                       Case No.: 5:21cv25-RV-HTC

WARDEN W.E. MACKELBURG,
FCI MARIANNA,

    Respondent.
_____/

## NOTICE OF EXISTENCE OF RECORDS
## AND REQUEST TO SUPPLEMENT THE RECOD

COMES NOW Respondent and files this notice in response to the Court's Order (Doc. 11). The requested documents exist and Respondent asks permission to supplement the record with them as exhibits (attached).

Respectfully submitted,

JASON R. COODY
Acting United States Attorney

*/S Lennard B. Register, III*
LENNARD B. REGISTER, III
Assistant United States Attorney
Northern District of Florida
Florida Bar No. 264970
21 East Garden Street, Ste. 400
Pensacola, FL 32502
(850) 444-4000
len.register@usdoj.gov

### CERTIFICATE OF COMPLIANCE WITH N.D. FLA. LOC. R. 7.1(F)

I hereby certify that this notice complies with the word limitation set forth in N.D. Fla. Loc. R. 7.1(F). This notice contains 45 words.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 27, 2021, the foregoing was filed electronically with the Clerk of the Court using the CM/ECF filing system and that a true copy has been furnished by U.S. mail to Luis Alberto Mendoza- Almendarez , Reg. No. 76696-004, FCI Mariana, PO Box 7007, Marianna, FL32447-7007.

*/s Lennard B. Register, III*
LENNARD B. REGISTER, III
Assistant United States Attorney