

U.S. Department of Justice

Federal Bureau of Prisons

## Inmate Investigative Report

**Institution:** Yazoo City USP

**Case Number:** YAP-20-0076

**Investigation Type:** Investigative / Incident

**Inmates Involved:**

| Register Number | Name | Role |
|---|---|---|
| 19200085 | MENDOZA, ALFREDO | Assailant |
| 76696004 | MENDOZA-ALMENDAREZ, LUIS | Assailant |

**Staff Involved:**

| Name | Title |
|---|---|
| **No information was found for the given criteria.** | |

**Others Involved:**

| Name | Title |
|---|---|
| **No information was found for the given criteria.** | |

| | | |
|---|---|---|
| **Investigator:** Del Valle, Miguel | **Date:** | 8/11/2020 9:01:49 AM CST |
| **CMC:** SINGLETON, LISA | **Date:** | 8/28/2020 8:18:27 AM CST |
| **Captain:** BROWN, LARON | **Date:** | 9/1/2020 9:29:21 AM CST |
| **Associate Warden:** THOMAS, ALBERT | **Date:** | 9/4/2020 7:23:36 AM CST |
| **Warden:** THOMAS, ALBERT | **Date:** | 9/4/2020 7:26:53 AM CST |

**Summary:**

On August 10, 2020, at approximately 6:43 PM, staff called for assistance via radio for an inmate on inmate fight with weapons in Unit M-1.  Staff advised of a deployment of two (2), two (2) second bursts of O.C, which approved effective after the second burst.  Upon staff arrival, both inmate Mendoza, Alfredo, Reg. No. 19200-085, and inmate Mendoza-Almendarez, Luis, Reg. No. 76696-004, had ceased fighting and were laying on the ground with their hands behind their backs.  Both inmates were placed in hand restraints and removed from the affected area without further incident.  Inmate Mendoza, Alfredo, Reg. No. 19200-085, was physically and visually searched, searched with a metal detector, decontaminated, medically assessed for minor abrasions, searched via the secure pass, and placed in the Special Housing Unit without further incident.  Inmate Mendoza-Almendarez, Luis, Reg. No. 76696-004, was physically and visually searched, searched with a metal detector, decontaminated, medically assessed, and escorted to an outside hospital for further treatment due to receiving lacerations to his head and facial area.  Inmate Mendoza-Almendarez, Luis, Reg. No. 76696-004, returned to the institution and was placed in the Special Housing Unit without further incident.  There were no staff injuries reported during this incident.

**Inmate Data:**



**Name:** 19200085 - MENDOZA, ALFREDO

**Role:** Assailant   **Age:** 38   **Race:** WHITE

**Security Level:** LOW   **Custody Level:** IN

**Facility Arrival Date:** 10/13/2018   **Projected Release Date:** 9/6/2028

**Charges:**

| Description | Sentencing District |
|---|---|
| 18:2251(A) PRODUCTION OF CHILD PORNOGRAPHY CT.2 | WASHINGTON, EASTERN DISTRICT |
| 18:922(G)(1) FELON IN POSSESSION OF A FIREARM CT.1 | WASHINGTON, EASTERN DISTRICT |

**STGs:**   **CIMs:**

NORTENOS GANG MEMBER   No CIMs Found

SEX OFFENDER



**Name:** 76696004 - MENDOZA-ALMENDAREZ, LUIS

**Role:** Assailant             **Age:** 48    **Race:** WHITE

**Security Level:** MEDIUM              **Custody Level:** IN

**Facility Arrival Date:** 10/13/2018    **Projected Release Date:** 7/23/2025

**Charges:**

| Description | Sentencing District |
|---|---|
| 18:922(G)(1)FELON IN POSSESSION OF A FIREARM & AMMUNITION,CT.1 8:1326(A) ILLEGAL ALIEN FOUND IN THE UNITED STATES FOLLOWING DEPORTATION, CT.3. 18:1542 FALSE STATEMENT IN A PASSPORT APPLICATION, CT.4. | CALIFORNIA, CENTRAL DISTRICT |
| 21:846 CONSPIRACY TO POSSESS AND DISTRIBUTE COCAINE AND HEROIN | OHIO, NORTHERN DISTRICT |

| STGs: | CIMs: |
|---|---|
| ASSAULT-CORRECTIONAL POSTED PICTURE CARD FILE SURENOS GANG DROP | SEPARATION |

**Victim Statements:**

**No information was found for the given criteria.**

**Assailant Statements:**

**Date:** 8/13/2020 1:16 PM              **Location:** Housing Unit, Special (SHU)

**Interviewer:** DEL VALLE, MIGUEL       **Title:** SIS

**Interviewee:** 19200085 - MENDOZA, ALFREDO

On August 13, 2020, at approximately 1:16 PM, SIS staff spoke with inmate Mendoza, Alfredo, Reg. No. 19200-085, in reference to the incident with inmate Mendoza-Almendarez, Luis, Reg. No. 76696-004. Inmate Mendoza stated, "Inmate Mendoza-Almendarez, Luis, runs background checks on inmates. He calls someone from outside to verify us. He is playing active. Ask inmates from cell 229 Mendez and Bosch, ( Mendez, Juan Reg. No. 18233-075 and Bosch, Andy Reg. No. 69128-018), about the background checks. I used to have a good relationship with inmate Mendoza-Almendarez. Once he knew about my sex offender charge, he changed the way he treated me. I asked some favors to him and he told me "I can't", while he do it for other inmates. I got tired; he barely speaks with me in the cell. We cannot live together. We tried to move but our counselor did not allow us to."

**Date:** 8/13/2020 2:40 PM              **Location:** Housing Unit, Special (SHU)

**Interviewer:** DEL VALLE, MIGUEL       **Title:** SIS

**Interviewee:** 76696004 - MENDOZA-ALMENDAREZ, LUIS

On August 13, 2020, at approximately 2:40 PM, SIS staff spoke with inmate Mendoza-Almendarez, Luis, Reg. No. 76696-004, in reference to the incident with inmate Mendoza, Alfredo, Reg. No. 19200-085. Inmate Mendoza-Almendarez stated, "I was using the computer when I felt something hit my head. Inmate Mendoza, Alfredo, assaulted me. I was defending myself. I don't remember clearly what happened. I just tried to remove his lock. I don't know why he did it. We do not speak to each other in our cell. Three months ago, Mendoza, Alfredo, was looking me bad because he stated I was calling others for information. We cannot live together on the same compound. A long time ago, we tried to move to different cells, and our counselor did not allow it."

**Other Statements:**

**Date:** 8/13/2020 12:24 PM  **Location:** Lieutenant's Office

**Interviewer:** DEL VALLE, MIGUEL  **Title:** SIS

**Interviewee:** 54641177 - CRUZ, OSVALDO

On August 13, 2020, at approximately 12:24 PM, SIS staff spoke with inmate Cruz, Osvaldo, Reg. No. 54641-177, in reference to the incident with inmate Mendoza-Almendarez, Luis Reg. No. 76696-004 and inmate Mendoza, Alfredo, Reg. No. 19200-085. Inmate Cruz stated, "Both inmates don't get along. I heard that they tried to move to different cells, but they couldn't. "

**Date:** 8/13/2020 12:30 PM  **Location:** Lieutenant's Office

**Interviewer:** DEL VALLE, MIGUEL  **Title:** SIS

**Interviewee:** 72119066 - FREEDLAND, BENJAMIN

On August 13, 2020, at approximately 12:30 PM, SIS staff spoke with inmate Freedland, Benjamin, Reg. No. 72119-066, in reference to the incident with inmate Mendoza-Almendarez, Luis, Reg. No. 76696-004, and inmate Mendoza, Alfredo, Reg. No. 19200-085. Inmate Freedland stated, "All I know is they tried to move to different cells because they have animosity built up, while they lived in the same cell."

**Factual Findings:**

**No item information was found for the given criteria.**

| Type | Subtype | File Name | Original Entered By |
|---|---|---|---|
| Statements & Written Memorandums<br>SIS interview notes | Investigator Notes | SIS interview notes.pdf | TF46220 |
| Statements & Written Memorandums<br>Inmate drop note | Drop Note | drop note.pdf | TF46220 |

**Conclusion:**

Based on the information contained in this report, there is sufficient evidence to verify inmate Mendoza, Alfredo, Reg. No. 19200-085, did fight with inmate Mendoza, Luis Reg. No. 76696-004, and used a weapon in the process. A review of PELCO video footage, Cam 192 M-1, Day Room 1, was conducted on August 10, 2020. At minute 6.42.23, the PELCO camera system shows inmate Mendoza, Alfredo striking inmate Mendoza-Almendarez, Luis, in the head with a pad lock inside a white towel multiple times. Furthermore, at minute 6.42.34, both inmates were observed in a fighting stance. Inmate Mendoza-Almendarez, Luis, was observed swinging at inmate Mendoza, Alfredo, with a closed fist while pulling his hair. Both inmates were observed fighting with each other while on the floor.

This investigator determined releasing inmate Mendoza, Alfredo into General Population would result in further violence, due to the lingering hostility he holds against inmate Mendoza-Almendarez, Luis. This conclusion is based on statements from inmate Mendoza, Alfredo along with the fight that took place. Both inmate have already received an Incident Report (IR No.3423839 and IR. No. 34233840) for Code 201, (Fighting with another person), due to staff observing the inmates fighting in the day room area. Furthermore, inmate Mendoza, Alfredo received an Incident Report for Code 104, (Possessing a Dangerous Weapon).
This conclusion is based on footage reviewed on the PELCO Camera System, the evidence in the inmate photographs, medical assessments and self-admission by the inmates. Additionally, based on the inmate interviews, they are harboring animosity towards each other and cannot co-exist on the same compound.

**Recommendation:**

It is this investigator's recommendation inmate Mendoza, Alfredo, Reg. No. 19200-085, receive a CMC Assignment of Separation from inmate Mendoza, Luis, Reg. No. 76696-004, and be transferred to another institution commensurate with his security and programming needs. This recommendation is due to the fact inmate Mendoza,

Alfredo, struck inmate Mendoza-Almendarez, Luis, with a weapon (inmate padlock in a sock) and still has ongoing hostility towards inmate Mendoza, Luis.  If inmate Mendoza, Alfredo were released to general population, further violence could occur, which would jeopardize the safety of both staff and inmates, and interfere with the secure and orderly running of the institution.  It is further recommended inmate Mendoza, Luis, be ordered to enter general population at USP Yazoo City upon completion of any disciplinary sanctions received.  If he refuses to enter general population, an Incident Report for Refusing Programs Assignment (306) should be generated and issued.

This case will be presented to the local supervisory attorney for possible prosecution due to the extensive injuries inmate Mendoza-Almendarez, Luis, received from inmate Mendoza,Alfredo, which required outside medical attention.

**CIMS Separation Warranted:**   Yes