

**U.S. Department of Justice**
**Federal Bureau of Prisons**

*Southeast Regional Office*
*3800 Camp CRK PK SW/BDG 2000*
*Atlanta, GA  30331*

July 20, 2021

Luis Mendoza-Almendarez
Federal Register No. 76696-004
FCI Marianna
P.O. Box 7007
Marianna, FL  32447                            Request Number: 2021-05075

Dear Mr. Mendoza-Almendarez:

This is in response to the above referenced Freedom of Information Act (FOIA) request. Specifically, you requested a copy of the SIS Report and the findings for incident report #3423840 from 08/10/2020. In order to provide you with the greatest possible access to responsive records, your request was reviewed under both the Privacy Act of 1974 and the Freedom of Information Act. This Office determined the records responsive to your request are exempt from the access provision of the Privacy Act.  *See* 5 U.S.C. § 552a(j)(2). For this reason, your request has been reviewed under the FOIA.

In response to your request, staff located 28 pages of responsive records, which were forwarded to this office for a release determination. After careful review, we determined 4 pages are appropriate for release in full; 22 pages are appropriate for release in part; and, 2 pages must be withheld in their entirety. Copies of released records are attached.

Pursuant to the Freedom of Information Act, 5 U.S.C. § 552, records were redacted or withheld in full from disclosure to you under the following exemptions:
(b)(5), Permits withholding information under the deliberative process privilege, including the pre-decisional documents, or information that could be withheld under civil discovery, attorney-client, or attorney-work product privileges.
(b)(6), Permits withholding of records and information about individuals when disclosure would be a clearly unwarranted invasion of personal privacy.
(b)(7)(C), Permits withholding of records when an unwarranted invasion of personal privacy could reasonably be expected.
(b)(7)(E), Permits withholding of records when techniques and procedures for law enforcement investigations or process would be disclosed or provided such disclosure could reasonably be expected to risk circumvention of law.
(b)(7)(F), Permits withholding of records when endangering the safety or life of any individual could reasonably be expected.

If you have questions about this response please feel free to contact the undersigned, this office, or the Federal Bureau of Prisons' (BOP) FOIA Public Liaison, Mr. C. Darnell Stroble at 320 First Street NW, Suite 936, Washington DC 20534.

Additionally, you may contact the Office of Government Information Services (OGIS) at the National Archives and Records Administration to inquire about the FOIA mediation services they offer. The contact information for OGIS is as follows: Office of Government Information, Services, National Archives and Records Administration, Room 2510, 8601 Adelphi Road, College Park, Maryland 20740-6001.

If you are not satisfied with my response to this request, you may administratively appeal by writing to the Director, Office of Information Policy (OIP), United States Department of Justice, 441 G St., NW, 6th Floor, Washington, DC 20530. Your appeal must be postmarked within 90 days of the date of my response to your request. If you submit your appeal by mail, both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal."

Sincerely,

*M. Chandler*

M. Chandler, for
Craig Simmons
Regional Counsel