# Form 583 Report of Incident

**Incident #:** YAP-20-0038  **Submitted By:** Withers, Shannon D.   **Date/Time Of Incident:**  8/10/2020 6:43 PM

## Section 1: General Information

**Staff Aware Date:** 8/10/2020 6:43 PM

**FBI Notified:**  No   **USMS Notified:**  No   **Indicate Where Incident Occurred:**  Main Facility

**Location Level 1:** Housing Units   **Level 2:** Housing Units, General Population   **Level 3:** Mike 1

| Type Of Incident | | Institution Locked Down:  No |
|---|---|---|

**Institution Locked Down:**  No

**Modified Operations:**  No

**Cause Of Incident Known?** No

| Type Of Incident | Cause Of Incident |
|---|---|
| ☐ Assault On Inmate | |
| ☐ Assault On Staff | ☐ Alcohol |
| ☐ Assault, Attempted On Inmate | ☐ Commissary |
| ☐ Assault, Attempted On Staff | ☐ Debts |
| ☐ Bomb Threat | ☐ Disrespect Issue |
| ☐ Disruptive Behavior | ☐ Drugs |
| ☐ Drone Recovered | ☐ Ethnic Conflict |
| ☐ Drone Sighting | ☐ Food Issue |
| ☐ Escape From Non-secure Facility | ☐ Geographical Conflict |
| ☐ Escape From Secure Facility | ☐ Interfering with Staff duties |
| ☐ Escape, Attempted From Non-secure Facility | ☐ K-2 or Any Synthetic Drug Substance |
| ☐ Escape, Attempted From Secure Facility | ☐ Property Issue |
| ☐ Escorted Trip Pregnant Inmate | ☐ Racial Conflict |
| ☑ Fight | ☐ Recreation Equipment |
| ☐ Inmate Death | ☐ Religious Issue |
| ☐ Institution Disturbance | ☐ Security Threat Group Conflict |
| ☐ Introduction Of Contraband | ☐ Sexual Pressure |
| ☐ Lethal Weapons Discharge | ☐ Sporting Events |
| ☐ Self Mutilation | ☐ Telephone |
| ☐ Setting A Fire | ☐ Theft |
| ☐ Sexual Act, Non-consensual On Inmate | ☐ Unknown Drug Substance |
| ☐ Sexual Assault On Staff | ☐ Visiting |
| ☐ Sexual Contact, Abusive On Inmate | ☐ Work Issue |
| ☐ Sexual Harassment, Repetitive | |
| ☐ Staff Homicide | |
| ☐ Strike, Food | |
| ☐ Strike, Work | |
| ☐ Suicide | |
| ☐ Suicide Attempt | |
| ☑ Use Of Force | |
| ☐ Use Of Force/Applications Of Restraints | |

**UNCLASSIFIED/LIMITED OFFICIAL USE ONLY/LAW ENFORCEMENT SENSITIVE**

This document is marked Unclassified/Limited Official Use Only/Law Enforcement Sensitive and may be disseminated, with proper attribution, to active Law Enforcement, DOD, or U.S. Intelligence Agencies. This document, or any segment/attachment thereof, may not be released without the approval of the Bureau of Prisons to any media sources, any non-law enforcement entity, the general public or those without a "need to know."  It contains information that may be exempt from public release under the provisions of the Privacy Act (5 U.S.C. 552).

# Form 583 Report of Incident

**Incident #:** YAP-20-0038   **Submitted By:** Withers, Shannon D.        **Date/Time Of Incident:** 8/10/2020 6:43 PM

☐ Use of Restraints, Pregnant/Postpartum

## Section 2: Inmates Involved

(b)(6); (b)(7)(C); (b)(7)(F)

**Reg #:** 76696004        **Name:** MENDOZA-ALMENDAREZ, LUIS
**Role:** (b)(7)(E);                **Medical Attention Required:** Outside            **Injury Category:** Moderate Injury
**Weapon (per inmate):** No      **Use of Force (per inmate):** Yes      **Chemical Used (per inmate):** Yes
**CIMS:** Yes        (b)(7)(E); (b)(7)(F)

**Restraints (per inmate):** Escort Only

**Death (per inmate):**        No

## Section 3: Others Involved

(b)(6); (b)(7)(C)

## Section 4: Lethal Weapon Discharge

No data found.

**UNCLASSIFIED/LIMITED OFFICIAL USE ONLY/LAW ENFORCEMENT SENSITIVE**

This document is marked Unclassified/Limited Official Use Only/Law Enforcement Sensitive and may be disseminated, with proper attribution, to active Law Enforcement, DOD, or U.S. Intelligence Agencies. This document, or any segment/attachment thereof, may not be released without the approval of the Bureau of Prisons to any media sources, any non-law enforcement entity, the general public or those without a "need to know." It contains information that may be exempt from public release under the provisions of the Privacy Act (5 U.S.C. 552).

# Form 583 Report of Incident

**Incident #:** YAP-20-0038   **Submitted By:** Withers, Shannon D.   **Date/Time Of Incident:** 8/10/2020 6:43 PM

## Section 5: Use of Force

**Use of Force Classification:** Emergency, Unplanned Use Of Force

**Contained Date:** 8/10/2020 6:48 PM   **Elapsed Time:** 0:05   **Verification Method:** Staff Estimate

| Staff Name | Med Attn Req | Injury Cat. | Role |
|---|---|---|---|
| (b)(6); (b)(7)(C) | | | |

**Was Incident Videotaped?**   No

**If Yes, Was Video Tape Sequential?**

**If No, Why:**

| Reason For Use Of Force |
|---|
| ☑ Displayed Signs Of Imminent Violence |

| Chemicals Used | |
|---|---|
| **Chemical** | **Quantity** |
| OC, Aerosol Dispenser (MK-4) | 2 |

| Less-Lethal Weapons Used | |
|---|---|
| **Less-Lethal Weapon** | **Quantity** |
| No data found. | |

| Other Equipment Used | |
|---|---|
| **Other Equipment** | **Quantity** |
| No data found. | |

## Section 6: Description of Incident

**DESCRIPTION OF INCIDENT (If Use Of Force, include details such as name of supervisor applying the chemical agent and/or restraints, reasons for use of hard restraints instead of soft restraints, etc.) Please be clear about cause(s) of the incident in your description.**

On August 10, 2020, at approximately 6:43 PM, staff called for assistance via radio for an inmate on inmate fight with weapons in Unit M-1. Staff advised of a deployment of two (2), two (2) second bursts of O.C, which approved effective after the second burst. Upon staff arrival, both inmate (b)(6); (b)(7)(C); (b)(7)(F) and inmate Mendoza-Almendarez, Luis, Reg. No. 76696-004, had ceased fighting and were laying on the ground with their hands behind their backs. Both inmates were placed in hand restraints and removed from the affected area without further incident. Inmate (b)(6); (b)(7)(C); (b)(7)(F) was physically and visually searched, searched with a metal detector, decontaminated, medically assessed for minor abrasions, searched via the secure pass, and placed in the Special Housing Unit without further incident. Inmate Mendoza-Almendarez, Luis, Reg. No. 76696-004, was physically and visually searched, searched with a metal detector, decontaminated, medically assessed, and escorted to an outside

**UNCLASSIFIED/LIMITED OFFICIAL USE ONLY/LAW ENFORCEMENT SENSITIVE**

This document is marked Unclassified/Limited Official Use Only/Law Enforcement Sensitive and may be disseminated, with proper attribution, to active Law Enforcement, DOD, or U.S. Intelligence Agencies. This document, or any segment/attachment thereof, may not be released without the approval of the Bureau of Prisons to any media sources, any non-law enforcement entity, the general public or those without a "need to know." It contains information that may be exempt from public release under the provisions of the Privacy Act (5 U.S.C. 552).

# Form 583 Report of Incident

**Incident #:** YAP-20-0038   **Submitted By:** Withers, Shannon D.        **Date/Time Of Incident:** 8/10/2020 6:43 PM

hospital for further treatment due to receiving lacerations to his head and facial area.  Inmate Mendoza-Almendarez, Luis, Reg. No. 76696-004, returned to the institution and was placed in the Special Housing Unit without further incident. There were no staff injuries reported during this incident.

## Section 7: Attachments

| File Date | File Name | Original Entered By | Original Loc. Code |
|-----------|-----------|---------------------|--------------------|
| 8/11/2020 | Incident Reports_Both inmates.pdf | (b)(6); (b)(7)(C) | YAZ |
| 8/11/2020 | OPS MEMO.jpg | | YAZ |
| 8/10/2020 | Staff Photo.pdf | | YAZ |
| 8/10/2020 | Unit Roster.pdf | | YAZ |
| 8/10/2020 | Staff Roster.pdf | | YAZ |
| 8/10/2020 | Staff Memos.pdf | | YAZ |
| 8/10/2020 | Staff Medical Assessment.pdf | | YAZ |
| 8/10/2020 | Photosheet of Weapon.pdf | | YAZ |
| 8/10/2020 | L. Mendoza Medical Assessment.pdf | | YAZ |
| 8/10/2020 | Inmate Photo L. Mendoza.pdf | | YAZ |
| 8/10/2020 | (b)(6); (b)(7)(C); (b)(7)(F) | | YAZ |
| 8/10/2020 | Chain of Custody.pdf | | YAZ |
| 8/10/2020 | ADO.pdf | | YAZ |
| 8/10/2020 | (b)(6); (b)(7)(C); (b)(7)(F) | | YAZ |

**Approved By:**  SUBMITTED
_____
Withers, Shannon D.

**UNCLASSIFIED/LIMITED OFFICIAL USE ONLY/LAW ENFORCEMENT SENSITIVE**

This document is marked Unclassified/Limited Official Use Only/Law Enforcement Sensitive and may be disseminated, with proper attribution, to active Law Enforcement, DOD, or U.S. Intelligence Agencies. This document, or any segment/attachment thereof, may not be released without the approval of the Bureau of Prisons to any media sources, any non-law enforcement entity, the general public or those without a "need to know."  It contains information that may be exempt from public release under the provisions of the Privacy Act (5 U.S.C. 552).



**U.S. Department of Justice**
**Federal Bureau of Prisons**

**Inmate Investigative Report**

**Institution:** Yazoo City USP

**Case Number:** YAP-20-0076

**Investigation Type:** Investigative / Incident

**Inmates Involved:**

| Register Number | Name | Role |
|---|---|---|
| (b)(6); (b)(7)(C); (b)(7)(E); (b)(7)(F) | | |
| 76696004 | MENDOZA-ALMENDAREZ, LUIS | (b)(7)(E); (b)(7)(F) |

**Staff Involved:**

**Name**                                                                                   **Title**

\*\*No information was found for the given criteria.\*\*

**Others Involved:**

**Name**                                                                                   **Title**

\*\*No information was found for the given criteria.\*\*

(b)(6); (b)(7)(C)

**Date:** 8/11/2020 9:01:49 AM CST

**Date:** 8/28/2020 8:18:27 AM CST

**Date:** 9/1/2020 9:29:21 AM CST

**Associate Warden:** THOMAS, ALBERT            **Date:** 9/4/2020 7:23:36 AM CST

**Warden:** THOMAS, ALBERT                               **Date:** 9/4/2020 7:26:53 AM CST

**Summary:**

On August 10, 2020, at approximately 6:43 PM, staff called for assistance via radio for an inmate on inmate fight with weapons in Unit M-1.  Staff advised of a deployment of two (2), two (2) second bursts of O.C, which approved effective after the second burst.  Upon staff arrival, both inmate (b)(6); (b)(7)(C); (b)(7)(F) and inmate Mendoza-Almendarez, Luis, Reg. No. 76696-004, had ceased fighting and were laying on the ground with their hands behind their backs.  Both inmates were placed in hand restraints and removed from the affected area without further incident.  Inmate (b)(6); (b)(7)(C); (b)(7)(F) , was physically and visually searched, searched with a metal detector, decontaminated, medically assessed for minor abrasions, searched via the secure pass, and placed in the Special Housing Unit without further incident.  Inmate Mendoza-Almendarez, Luis, Reg. No. 76696-004, was physically and visually searched, searched with a metal detector, decontaminated, medically assessed, and escorted to an outside hospital for further treatment due to receiving lacerations to his head and facial area.  Inmate Mendoza-Almendarez, Luis, Reg. No. 76696-004, returned to the institution and was placed in the Special Housing Unit without further incident.  There were no staff injuries reported during this incident.

**Inmate Data:**

(b)(6); (b)(7)(C); (b)(7)(E); (b)(7)(F)



**Name:** 76696004 - MENDOZA-ALMENDAREZ, LUIS

**Role:** (b)(7)(E);                                    **Age:** 48     **Race:** WHITE

**Security Level:** MEDIUM                              **Custody Level:** IN

**Facility Arrival Date:** 10/13/2018                  **Projected Release Date:** 7/23/2025

**Charges:**

**Description**                                        **Sentencing District**

18:922(G)(1)FELON IN POSSESSION OF A                   CALIFORNIA, CENTRAL DISTRICT
FIREARM & AMMUNITION,CT.1 8:1326(A)
ILLEGAL ALIEN FOUND IN THE UNITED
STATES FOLLOWING DEPORTATION, CT.3.
18:1542 FALSE STATEMENT IN A
PASSPORT APPLICATION, CT.4.

21:846 CONSPIRACY TO POSSESS AND                       OHIO, NORTHERN DISTRICT
DISTRIBUTE COCAINE AND HEROIN

(b)(7)(E); (b)(7)(F)

**CIMs:**

SEPARATION

**Victim Statements:**

**No information was found for the given criteria.**

(b)(7)(E);   **Statements:**

(b)(7)(E); (b)(7)(F)

**Date:** 8/13/2020 2:40 PM                            **Location:** Housing Unit, Special (SHU)

**Interviewer:** (b)(6); (b)(7)(C)                     **Title:** (b)(6);
                                                                  (b)(7)

**Interviewee:** 76696004 - MENDOZA-ALMENDAREZ, LUIS

On August 13, 2020, at approximately 2:40 PM, SIS staff spoke with inmate Mendoza-Almendarez, Luis, Reg. No. 76696-004, in reference to the incident with inmate (b)(6); (b)(7)(C); (b)(7)(F)     . Inmate Mendoza-Almendarez stated, "I was using the computer when I felt something hit my head. Inmate (b)(6); (b)(7)(C);     assaulted me. I was defending myself. I don't remember clearly what happened. I just tried to remove his lock. I don't know why he did it. We do not speak to each other in our cell. Three months ago, (b)(6); (b)(7)(C)     was looking me bad because he stated I was calling others for information. We cannot live together on the same compound. A long time ago, we tried to move to different cells, and our counselor did not allow it."

**Other Statements:**

(b)(6); (b)(7)(C); (b)(7)(E); (b)(7)(F)

**Factual Findings:**

\*\*No item information was found for the given criteria.\*\*

| Type | Subtype | File Name | Original Entered By |
|------|---------|-----------|---------------------|
| (b)(7)(E) | | | |

**Conclusion:**

Based on the information contained in this report, there is sufficient evidence to verify inmate (b)(6); (b)(7)(C); (b)(7)(F) (b)(6); (b)(7)(C); (b)(7)(E) did fight with inmate Mendoza, Luis Reg. No. 76696-004, and used a weapon in the process. A review of PELCO video footage, Cam 192 M-1, Day Room 1, was conducted on August 10, 2020. At minute 6.42.23, the PELCO camera system shows inmate (b)(6); (b)(7)(C); striking inmate Mendoza-Almendarez, Luis, in the head with a pad lock inside a white towel multiple times. Furthermore, at minute 6.42.34, both inmates were observed in a fighting stance. Inmate Mendoza-Almendarez, Luis, was observed swinging at inmate (b)(6); (b)(6); with a closed fist while pulling his hair. Both inmates were observed fighting with each other while on the floor.

(b)(6); (b)(7)(C); (b)(7)(E); (b)(7)(F)

(b)(6); (b)(7)(C); (b)(7)(E); (b)(7)(F)                                      Both inmate have already received an Incident Report (IR No.3423839 and IR. No. 34233840) for Code 201, (Fighting with another person), due to staff observing the inmates fighting in the day room area. (b)(6); (b)(7)(C); (b)(7)(E); (b)(7)(F)
(b)(6); (b)(7)(C); (b)(7)(E); (b)(7)(F)

This conclusion is based on footage reviewed on the PELCO Camera System, the evidence in the inmate photographs, medical assessments and self-admission by the inmates. Additionally, based on the inmate interviews, they are harboring animosity towards each other and cannot co-exist on the same compound.

**Recommendation:**

(b)(5); (b)(6); (b)(7)(C); (b)(7)(E); (b)(7)(F)

(b)(5); (b)(6); (b)(7)(C); (b)(7)(E); (b)(7)(F)

**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

| Institution: **FCC Yazoo City, MS** | Incident Report Number:   **3423840** | |
|---|---|---|
| NAME OF INMATE: **Mendoza, Luis** | REG.NO.:  **76696-004** | UNIT:  **M** |
| Date of Incident Report:  **08-10-2020** | Offense Code:  **201** | |

Date of Incident:  **08-10-2020**

Summary of Charges:  **Fighting**

**I.**   NOTICE OF CHARGE(S)

   A. Advanced written notice of charge (copy of Incident Report) was given to inmate on (date) **08-11-2020** at (time) **1545 HRS** (by staff member) (b)(6); (b)(7)(C)

   B. The DHO Hearing was held on (date) **08-18-20** at (time) **1015 HRS**.

   C. The inmate was advised of the rights before the DHO by (staff member): (b)(6); on (date) **08-14-20** and a copy of the advisement of rights form is attached.

**II.**   STAFF REPRESENTATIVE

   A. Inmate waived right to staff representative. Yes **X**   No_____ .

   B. Inmate requested staff representative and   **N/A**   appeared.

   C. Requested staff representative declined or could not appear but inmate was advised of option to postpone hearing to obtain another staff representative with the result that: **N/A**   .

   D. Staff representative   **N/A**   was appointed.

**III.**   PRESENTATION OF EVIDENCE

   A. Inmate _____(admits) **X** (denies) ___ (neither) the charge(s).

   B. Summary of inmate statement:

   The inmate stated he received his copy of the Incident Report and he understood it.  He stated he understood his rights before the DHO; he requested no staff representative and requested no witness. The inmate stated he was ready to proceed.

   The inmate denied guilt to Fighting, Code 201.  When asked if he wanted to make any further statement, he stated, "I deny it. I blacked out after he hit me. It was survival extinct."

   C. Witnesses:
   1. The inmate requested witnesses.   Yes_____   No   **X**  .

   2. The following persons were called as witness at this hearing and appeared:   **N/A** .

   3. A summary of the testimony of each witness is attached   **N/A**   .

   4. The following persons requested were not called for the reason(s) given:   **N/A**   .

   5. Unavailable witnesses were requested to submit written statements and those statements received were considered **N/A**   .

   D. Documentary Evidence: In addition to the Incident Report and Investigation, the DHO considered the following documents:   **Health Services Clinical Encounters; Photograph Sheets**.

   E. Confidential information was used by DHO in support of his findings, but was not revealed to the inmate.  The confidential information was documented in a separate report.  The confidential information has been (confidential informants have been) determined to be reliable because:   **N/A**   .

**IV.**   FINDINGS OF THE DHO

   **X**  A. The act was committed as charged.   _____ C. No prohibited act was committed:

   _____ B. The following act was committed:          Expunge according to Inmate
   _____ .                                            Discipline PS.

**V.**   SPECIFIC EVIDENCE RELIED ON TO SUPPORT FINDINGS (Physical evidence, observations, written documents, etc.):

**U.S. DEPARTMENT OF JUSTICE**

**FEDERAL BUREAU OF PRISONS**

| Name of Inmate: | Reg. No.: | Hearing Date: |
|---|---|---|
| Mendoza, Luis | 76696-004 | 08-18-20 |

The DHO finds on August 10, 2020, you committed the prohibited act of Fighting with Another Person, Code 201.

The specific evidence relied upon includes the written statement of the reporting staff member. (b)(6); (b)(7)(C) stated, "On or about 6:43 pm, I, (b)(6); (b)(7)(C) Mike-1 Unit Officer observed two inmates later identified as Mendoza, Luis reg # 76696-004 and (b)(6); (b)(7)(C); (b)(7)(F) aggressively swinging with close fist at each other in the common area of M-1. I also observed (b)(6); (b)(7)(C); (b)(7)(F) with a lock in a sock swing and hit inmate Mendoza, Luis in the head. The two inmates fell to the ground and begin to aggressively punch and grab each others clothing. I gave both inmates directive to stop. I discharged one to two second blast of OC to no prevail. I then discharged another one to two second blast of OC which deemed effective. I called for assistance. Staff arrived and placed both inmates in handcuffs without any other problems."

As evidence, the DHO considered the Health Services Clinical Encounters and Photograph Sheets, which are attached to the incident report. These documents confirm (b)(6); (b)(7)(C); (b)(6); sustained injuries to the knees. These documents confirm inmate Mendoza, Luis sustained injuries to the head and face.

You appeared before the DHO and you acknowledged to the DHO you received a copy of the incident report and you understood it. When asked by the DHO if you admit or deny committing the prohibited act of Fighting with Another Person, Code 201, you denied guilt, and stated, "I deny it. I blacked out after he hit me. It was survival extinct."

It was clear to the DHO that (b)(6); (b)(7)(C) has sufficient experience in monitoring and detecting inappropriate behavior in a prison environment, whereas the report stated, on August 10, 2020, you were involved in a physical altercation with another inmate, in which you both struck each other.

Upon your commitment to any Bureau of Prisons facility, you participate in the institution's Admission and Orientation (A&O) program wherein you are advised of Bureau of Prisons (BOP) rules and regulations and your responsibility to abide by these rules. You were also provided an A&O handbook upon your entry into this facility which further details prohibited acts. Your participation in A&O and knowledge of BOP rules and regulations further establishes your culpability.

Therefore, based on the evidence listed above, the DHO determined the greater weight of evidence shows you committed the prohibited act of Fighting with Another Person, Code 201, and sanctioned you accordingly.

VI.  SANCTION OR ACTION TAKEN:

Offense Severity __High__
SGT Available __N/A__

Disallowance of Good Conduct Time: 27 Days

Disciplinary Segregation: 7 Days

Commissary Restriction: 3 Months (Through 11/17/20)

VII.  REASON FOR SANCTION OR ACTION TAKEN:
The action on the part of any inmate to become involved in a fight with any inmate or person poses a threat to the health, safety, and welfare of not only himself, but all other inmates and staff within the institution. In the past, fights between two individuals have expanded to include others which created a larger problem for staff to resolve. The sanctions imposed by the DHO are to let you know that you and you alone, are responsible for your actions.

To hold you accountable for your actions, the DHO sanctioned you as outlined in section VI. Hopefully, these sanctions will have significant impact upon your future conduct and will deter you from future prohibitive acts. If not, the DHO cautions you the Bureau of Prisons

BP-A0304
JAN 17

**DISCIPLINE HEARING OFFICER REPORT** CDFRM

**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

| Name of Inmate: | Reg. No.: | Hearing Date: |
|---|---|---|
| Mendoza, Luis | 76696-004 | 08-18-20 |

believes in, and practices, progressive discipline. Repetitive behavior of this sort will likely result in even harsher consequences.

The Disallowance of Good Conduct Time sanction was imposed to comply with mandatory sanctioning guidelines for PLRA inmates.

The Disciplinary Segregation sanction was imposed as punishment and should serve as a deterrent to future such conduct.

The Restriction sanction was imposed because the severity of the offense merits imposition of a sanction which will impress upon you that your unwillingness to abide by rules and regulations will result in punishment, which will deprive you of a pleasurable privilege.

VIII. APPEAL RIGHTS: __X__ The inmate has been advised of the findings, specific evidence relied on, action and reasons for the action. The inmate has been advised of his right to appeal this action within 20 calendar days under the Administrative Remedy Procedure. A copy of this report has been given to the inmate.

IX.   Discipline Hearing Officer

| Printed Name | Signature | Date |
|---|---|---|
| (b)(6); (b)(7)(C) | (b)(6); (b)(7)(C) | 08-18-20 |

Delivered to Inmate: (b)(6); (b)(7)(C)                8/18/20   1516 hrs

Prescribed by P5270                    Replaces BP-304(52) of JAN 88

3

COPY
Date:
Initial:

BP-A0288
JAN 17
U.S. DEPARTMENT OF JUSTICE

**INCIDENT REPORT**

FEDERAL BUREAU OF PRISONS

| Part I – Incident Report | | | | |
|---|---|---|---|---|
| 1. Institution: FCC YAZOO CITY | | Incident Report Number: | | |
| 2. Inmate's Name: MENDOZA, LUIS | 3. Register Number: 76696-004 | 4. Date of Incident: 08/10/2020 | | 5. Time: 6:43 PM |
| 6. Place of Incident: MIKE 1 | 7. Assignment: COMMISSARY | | 8. Unit: MIKE 1 | |
| 9. Incident: FIGHTING | | 10. Prohibited Act (s): 201 | | |

11. Description of Incident (Date: 8/10/2020    Time: 6:43 PM    Staff became aware of incident):

On or about 6:43 pm, I, (b)(6); (b)(7)(C)       Mike-1 Unit Officer observed two inmates later identified as Mendoza, Luis reg# 76696-004 and (b)(6); (b)(7)(C); (b)(7)(F)      aggressively swinging with close fist at each other in the common area of M-1. I also observed inmate (b)(6); (b)(7)(C); (b)(7)(F)  with a lock in a sock swing and hit inmate Mendoza, Luis in the head. The two inmates fell to the ground and begin to aggressively punch and grab each others clothing. I gave both inmates directive to stop. I discharged one to two second blast of OC to no prevail. I then discharged another one to two second blast of OC which deemed effective. I called for assistance. Staff arrived and placed both inmates in handcuffs without any other problems.

| 12. Typed Name/Sign (b)(6); (b)(7)(C) (b)(6); (b)(7)(C)  b | 13. Date And Time: 08/10/2020 9:15 pm | |
|---|---|---|
| 14. Incident Report D (b)(6); (b)(7)(C) | 15. Date Incident Report Delivered: 8/11/20 | 16. Time Incident Report Delivered: 345 ρ |

| Part II – Committee Action |
|---|

17. Comments of Inmate to Committee Regarding Above Incident:

18. A. It is the finding of the committee that you:

☐ Committed the Prohibited Act as charged:
☐ Did not Commit a Prohibited Act.
☐ Committed Prohibited Act Code (s). _____

B. ☐ The Committee is referring the Charge(s) to the DHO for further Hearing
C. ☐ The Committee advised the inmate of its finding and of the right to file an appeal within 20 calendar days.

19. Committee Decision is Based on Specific Evidence as Follows:

20. Committee action and/or recommendation if referred to DHO (Contingent upon DHO finding inmate committed prohibited act):

21. Date and Time of Action: _____ (The UDC Chairman=s signature certifies who sat on the UDC and that the completed report accurately reflects the UDC proceedings).

Chairman (Typed Name/Signature): _____     Member (Typed Name): _____     Member (Typed Name): _____

INSTRUCTIONS: All items outside of heavy rule are for staff use only. Begin entries with the number 1 and work up. Entries not completed will be voided by staff.

Distribute: Original-Central File Record; COPY-1-DHO: COPY-2-Inmate after UDC Action; COPY 3-Inmate within 24 hours of Part I Preparation

BP-A0288
JAN 17
U.S. DEPARTMENT OF JUSTICE

INCIDENT REPORT CDFRM

FEDERAL BUREAU OF PRISONS

| Inmate's Name<br>Mendoza-Almendarez, Luis | Register Number<br>76696-004 | Incident Report Number<br>3423840 |
|---|---|---|

| **Part III – Investigation** | 22. Date and Time Investigation Began<br>8-11-2020  3:45 pm |
|---|---|

(b)(6);
(b)(7)(C);

8-11-20 LO
1:29pm

23. Inmate Advised Of Right To Remain Silent:

You are advised of your right to remain silent at all stages of the discipline process. Your silence may be used to draw an adverse inference against you at any stage of the discipline process. Your silence alone may not be used to support a finding that you have committed a prohibited act.

The Inmate Was Advised Of The Above Right By (b)(6); (b)(7)(C)    At (Date/Time) 8-11-2020  3:45 pm

24. Inmate statement and attitude:

Inmate Mendoza-Almendarez, Luis Reg. No. 76696-004 was advised of his right to remain silent and was given a legible copy of the incident report. Inmate Mendoza-Almendarez, Luis Reg. No. 76696-004 stated "No comment". Inmate Mendoza-Almendarez, Luis Reg. No. 76696-004 understood his rights as well as the body of the incident report. Inmate Mendoza-Almendarez, Luis Reg. No. 76696-004 appeared to have a fair demeanor.

25. Other facts about the incident, statements of those persons present at scene, disposition of evidence, etc.:

Inmate Mendoza-Almendarez, Luis Reg. No. 76696-004 did not offer any other evidence. Staff provided photo evidence of the weapon and inmates, staff memos, medical assessments of both inmates which positively supports staff's report in section 11.

26. Investigator's comments and conclusions:

Based on the information in section 11 of the incident report, there is no evidence to support the claim that the above inmate was in a fight. Therefore, I find this incident report to be justified.

27. Action taken:

Inmate Mendoza-Almendarez, Luis Reg. No. 76696-004 was served a copy of this incident Report and this incident report will be forwarded to the UDC for further disposition.

Date and Time Investigation Completed 8-11-2020  3:50 pm

(b)(6); (b)(7)(C)

(b)(6); (b)(7)(C)

Printed Name/Signature of Investigator                                      Title (b)(6); (b)(7)(C)

Prescribed by PS270                                    Replaces BP-S288.052 Of MAY 94



**U. S. Department of Justice**

**FEDERAL BUREAU OF PRISONS**

Federal Correctional Complex
P. O. Box 5666
Yazoo City, Mississippi 39194

10 August 2020

MEMORANDUM FOR: (b)(6); (b)(7)(C)

FROM:

SUBJECT:         Inmate on Inmate Fight

DATE OF INCIDENT: 10 August 2020

TIME OF INCIDENT: 6:43 P.M.

INCIDENT LOCATION: Mike-1 Common Area by Showers

INMATES INVOLVED: (b)(6); (b)(7)(C); (b)(7)(F)
                 Mendoza, Luis Reg. No. 76696-004

INCIDENT SUMMARY:

On 10 August 2020 at approximately 6:43 PM staff called for
assistance via radio for an inmate on inmate fight with weapons
involved in Mike-1.  Staff advised of a deployment of 2 two-
second burst of O.C. Upon staff arrival, both inmate (b)(6); (b)(7)(C);
(b)(6); (b)(7)(C); (b)(7)(F)       and inmate Mendoza, Luis Reg. No.
76696-004 had stopped fighting and were laying on the ground
with their hands clasped behind their backs. Each inmate was
placed in hand restraints, separated and removed from the
affected area without further incident. Inmate (b)(6); (b)(7)(C); (b)(7)(F)
(b)(6); (b)(7)(C); (b)(7)(F)       was metal detected, decontaminated,
assessed, visually searched, secure passed, and placed in SHU.
Inmate Mendoza, Luis Reg. No. 76696-004 was metal detected,
decontaminated, medically assessed and visually searched. Inmate
Mendoza, Luis Reg. No. 76696-004 received lacerations to his
head and facial area. Inmate Mendoza will be escorted to an
outside medical facility for further treatment per medical.

Inmate Information:

(b)(6); (b)(7)(C); (b)(7)(F)

Inmate Mendoza, Luis Reg. No. 76696-004 is 48 Y/O white Hispanic
male serving a 104 MOS/ 3 YRS SRT for FELON IN POSS OF FIREARM,
FLSE STATEMENT ON A PASSPORT APP, ILLEGAL ALIEN FND IN U.S.
Inmate Mendoza has a CIMs Assignment of SEPARATIONS, (b)(7)(E); (b)(7)(F)
(b)(7)( Detainer Yes, (b)(7)(E); (b)(7)(F)





# FEDERAL CORRECTIONAL COMPLEX
## YAZOO CITY, MS
## CONTRABAND/EVIDENCE PHOTOGRAPH(S)

(b)(6); (b)(7)(C); (b)(7)(F)

| | |
|---|---|
| Type of Incident | Fight |
| Date and Time of Incident | 8/10/2020 6:43 P.M |
| Inmate Name / Reg. No. | (b)(6); (b)(7)(C); (b)(7)(F) |
| Location of Incident | Outside of Lieutenant Office |
| Photograph(s) by | (b)(6); (b)(7)(C) |
| Date and Time of Photo | 08 /10/2020 approx. 7:00 P.M |

Additional comments: Photograph of (b)(6), (b)(7)(C); showing injuries that occurred during fight



# FEDERAL CORRECTIONAL COMPLEX
## YAZOO CITY, MS
## CONTRABAND/EVIDENCE PHOTOGRAPH(S)



| Type of Incident | Fight |
|---|---|
| Date and Time of Incident | 8/10/2020 6:43 P.M |
| Inmate Name / Reg. No. | Mendoza, Luis /76696-004 |
| Location of Incident | Inside of Medical |
| Photograph(s) by | (b)(6); (b)(7)(C)    (b)(6); (b)(7)(C) |
| Date and Time of Photo | 08 /10/2020 approx. 7:10 P.M |

Additional comments: Photograph of Mendoza, Luis showing injuries that occurred during fight



COPY
Date: 8-10-2020
Initial (b)(6); (b)(7)(C)

Bureau of Prisons
Health Services
Clinical Encounter

| | | | | |
|---|---|---|---|---|
| Inmate Name: | MENDOZA-ALMENDAREZ, LUIS ALBERTO | | Reg #: | 76696-004 |
| Date of Birth: | 05/09/1972 | Sex: M   Race: WHITE | Facility: | YAP |
| Encounter Date: | 08/10/2020 19:42 | Provider: Johnson, P. NREMT-P | Unit: | M01 |

Injury Assessment - Non-work related encounter performed at Health Services.

**SUBJECTIVE:**

INJURY  1        Provider:   Johnson, P. NREMT-P

Date of Injury:      08/10/2020 18:43        **Date Reported for Treatment:**      08/10/2020 19:42

Work Related:      No        **Work Assignment:**      COMMISSARY

Pain Location:

Pain Scale:      9

Pain Qualities:

Where Did Injury Happen (Be specific as to location):

Mike One

Cause of Injury (Inmate's Statement of how injury occurred):

Inmate involved in an altercation with another inmate

Symptoms (as reported by inmate):

"My lip is cut and my head is bleeding"

**OBJECTIVE:**

Pulse:

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 08/10/2020 | 19:45 YAX | 99 | | | Johnson, P. NREMT-P |

Respirations:

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 08/10/2020 | 19:45 YAX | 18 | Johnson, P. NREMT-P |

Blood Pressure:

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 08/10/2020 | 19:45 YAX | 172/90 | | | | Johnson, P. NREMT-P |

Exam:

General

Affect

Yes: Cooperative

Appearance

Yes: Alert and Oriented x 3

Skin

Trauma

Yes: Swelling, Hematoma, Laceration, Abrasion, Hemorrhage

Head

General

Yes: Symmetry of Motor Function, Tenderness on Palpation, Laceration(s), Abrasion(s), Contusion(s), Trauma, Swelling

Eyes

| Inmate Name: | MENDOZA-ALMENDAREZ, LUIS ALBERTO | | | | Reg #: | 76696-004 |
|---|---|---|---|---|---|---|
| Date of Birth: | 05/09/1972 | Sex: | M   Race:   WHITE | | Facility: | YAP |
| Encounter Date: | 08/10/2020 19:42 | Provider: | Johnson, P. NREMT-P | | Unit: | M01 |

Exam:

### General

Yes: PERRLA, Extraocular Movements Intact

#### Nose

### General

Yes: Nares Patent

#### Face

### General

Yes: Swelling, Tenderness, Trauma

#### Lips

### General

Yes: Swelling, Bleeding, Laceration(s)

#### Mouth

### General

Yes: Within Normal Limits

#### Pulmonary

### Observation/Inspection

Yes: Within Normal Limits

### Auscultation

Yes: Clear to Auscultation

### Exam Comments

Inmate involved in an altercation with another inmate where a lock on a towel was used and OC was deployed. Inmate was decontaminated prior to medical assessment. Multiple abrasion and lacerations noted to face, head and lip with active bleeding noted. All bleeding controlled with light pressure. Two circular lacerations noted to top, left side of head with swelling noted to both wounds. Evulsion noted to left side of upper lip. Denies LOC. PEARL, CBBS, no other DCAPBTLS noted. Denies any other complaint. Rest of assessment unremarkable/atraumatic. Dr Chambers notified, new orders given.

## ASSESSMENT:

Head Injury

## PLAN:

### New Consultation Requests:

| Consultation/Procedure | Target Date | Scheduled Target Date | Priority | Translator | Language |
|---|---|---|---|---|---|
| Emergency Room | 08/10/2020 | 08/10/2020 | Emergent | No | |

Subtype:

Kings Daughters Hospital

Reason for Request:

48 year old male involved in an altercation with another inmate. Inmate was hit in the head and face area with a lock. No LOC. Please evaluate.

## Disposition:

Transfer to Local Hospital

## Patient Education Topics:

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|

| Inmate Name: | MENDOZA-ALMENDAREZ, LUIS ALBERTO | | | Reg #: | 76696-004 |
|---|---|---|---|---|---|
| Date of Birth: | 05/09/1972 | Sex: M   Race: WHITE | | Facility: | YAP |
| Encounter Date: | 08/10/2020 19:42 | Provider: Johnson, P. NREMT-P | | Unit: | M01 |

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 08/10/2020 | Counseling | Access to Care | Johnson, P. | Verbalizes Understanding |
| 08/10/2020 | Counseling | Plan of Care | Johnson, P. | Verbalizes Understanding |

**Copay Required:** No          **Cosign Required:** Yes

**Telephone/Verbal Order:** No

Completed by Johnson, P. NREMT-P on 08/10/2020 20:11

Requested to be cosigned by Chambers, A. MD, CD.

Cosign documentation will be displayed on the following page.



# FEDERAL CORRECTIONAL COMPLEX
## YAZOO CITY, MS
## CONTRABAND/EVIDENCE PHOTOGRAPH(S)



| Type of Incident | Fight |
|---|---|
| Date and Time of Incident | 8/10/2020 6:43 P.M |
| Inmate Name / Reg. No. | (b)(6); (b)(7)(C); (b)(7)(F) |
| Location of Incident | Inside of Lieutenant Office |
| Photograph(s) by | (b)(6); (b)(7)(C) |
| Date and Time of Photo | 08 /10/2020 approx. 7:50 P.M |

Additional comments: Photograph of Weapon used during fight.

BP-A0971                          CHAIN OF CUSTODY LOG CDFRM
AUG 11
**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

ECN #
ITEM #                          **(Enclose with/attach to evidence)**

CASE ID NUMBER: _____      SUSPECT (If known) _____

DESCRIPTION OF ITEM: Combination lock with white towel soaked in blood in between hasp

DATE/TIME ITEM FOUND: 8/10/2020 7:00 p.m

LOCATION: Unit M-1 Common area

SIGNATURE OF PERSON RECOVERING EVIDENCE: (b)(6); (b)(7)(C)

PRINTED NAME (b)(6); (b)(7)(C)

EVIDENCE PLACED IN OVERNIGHT DROP BOX:

DROP-BOX BY: (printed name) A. Smith

Date & Time: 8/10/2020   (b)(6); (b)(7)(C)

Witness: (printed name) _____

EVIDENCE RECOVERED FROM OVERNIGHT DROP BOX BY:

(printed name) _____

Date & Time: _____

Witness: (printed name) _____

EVIDENCE PLACED EVIDENCE SAFE BY:

(printed name) _____

Date & Time: _____

Witness: (printed name) _____

DISPOSITION:

☐ Hold as evidence       ☐ Return to owner        ☐ Lab Analysis
☐ Return to finder       ☐ Destroy immediately     ☐ FBI
☐ Other

REMARKS (condition of evidence) _____

COPY
Date: 8/10/20
Initial: (b)(6); (b)(7)(C)

**CHAIN OF CUSTODY**

| EVIDENCE RELEASED BY: | DATE/TIME: | DESTINATION: | EVIDENCE RELEASED TO: |
|---|---|---|---|
| (b)(6); (b)(7)(C) | 8/10/2020 | M-1 Unit | Lt. Smith |
|  | 8/10/2020 | Lieutenant Office | Evidence drop box |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

PDF                          Prescribed by PXXXX

BP-A0288
JAN 17
U.S. DEPARTMENT OF JUSTICE

INCIDENT REPORT CDFRM

FEDERAL BUREAU OF PRISONS

| Inmate's Name: Mendoza-Almendarez, Luis | Register Number: 76696-004 | Incident Report Number: 3423840 |
|---|---|---|

### Part II – Committee Action

17. Comments of Inmate to Committee Regarding Above Incident: Inmate was read his rights and stated "He understood them." Im Stated "It was self defense. I was trying to defend my self."

18. A. It is the finding of the committee that you:

_____ Committed the Prohibited Act as charged.
_____ Did not Commit a Prohibited Act.
_____ Committed Prohibited Act Code(s) _____

B. __X__ The Committee is referring the Charge(s) to the DHO for further Hearing.

C. _____ The Committee advised the inmate of Its finding and of the right to file an appeal within 20 calendar days.

19. Committee Decision is Based on Specific Evidence as Follows: UAC's decision is based on this report and the supporting documents. Due to the severity of this report it is being referred to the DHo.

20. Committee action and/or recommendation if referred to DHO (Contingent upon DHO finding inmate committed prohibited act): whatever is deemed by the DHo.

21. Date And Time of Action _08-14-2020/5:30pm_ (The UDC Chairman's signature certifies who sat on the UDC and that the completed report accurately reflects the UDC proceeding.)

(b)(6); (b)(7)(C)

_____ e)    _____    _____
            Member (Typed name)    Member (Typed name)

INSTRUCTIONS: All items outside heavy rule are for staff use only.  Begin entries with the number 1 and work up.  Entries not completed will be voided by staff.
DISTRIBUTE:  ORIGINAL-Central File record; COPY-1-DHO; COPY-2-Inmate After UDC Action: COPY-3-Inmate within 24 hours of Part I Preparation

Prescribed by P5270

Replaces BP-S288.052 Of AUG 11

BP-A0293   **Inmate Rights at Discipline Hearing** CDFRM
JAN 17
**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

Institution: _____ FCC Yazoo City, MS ____ .

As an inmate charged with a violation of Bureau of Prisons rules or regulations referred to
the Discipline Hearing Officer (DHO) for disposition, you have the following rights:

1. The right to have a written copy of the charge(s) against you at least 24 hours prior
to appearing before the Discipline Hearing Officer;

2. The right to have a full-time member of the staff who is reasonably available to
represent you before the Discipline Hearing Officer;

3. The right to call witnesses (or present written statements of unavailable witnesses)
and to present documentary evidence in your behalf, provided institutional safety would
not be jeopardized;

4. The right to present a statement or to remain silent. Your silence may be used to
draw an adverse inference against you. However, your silence alone may not be used to
support a finding that you committed a prohibited act;

5. The right to be present throughout the discipline hearing except during a period of
deliberation or when institutional safety would be jeopardized. If you elect not to
appear before the DHO, you may still have witnesses and a staff representative appear on
your behalf;

6. The right to be advised of the DHO's decision, the facts supporting that decision,
except where institutional safety would be jeopardized, and the DHO's disposition in
writing; and,

7. The right to appeal the decision of the DHO by means of the Administrative Remedy
Procedure to the Regional Director within 20 calendar days of notice of the DHO's
decision and disposition.

I hereby acknowledge that I have been advised of the above rights afforded me at a hearing
before the Discipline Hearing Officer. I have further been advised that if I have previously
received either a presumptive or effective parole date from the Parole Commission, a finding
by the DHO that I committed the prohibited act(s) may result in a rescission or retardation by
the Parole Commission of the presumptive or effective parole date.

Inmate's Name: _Mendoza-Almendarez, Luis____ . Reg. No.: _76696-004_____ .

Inmate Signature: _____ . Date: _08-14-2020_ .

Notice of rights given to inmate (Date/time): _08-14-2020/ 15:30 pm_____ ,

by: (b)(6); (b)(7)(C) _____/Signature_

Where an inmate has been advised of the rights afforded at a hearing before the DHO,
but refuses to sign the acknowledgement, the following should be completed.
I have personally advised (Inmate's Name/Register No.): _____ ,
of the above rights afforded at a discipline hearing before the DHO; however the inmate has
refused to sign the acknowledgment.

Staff Typed or Printed Name / Signature: _____/_____ .

Date: _____ .

**WAIVER OF 24 HOUR NOTICE**
I have been advised that I have the right to have a written copy of the charge(s) against me
at least 24 hours prior to appearing before the DHO. I wish to waive this right and proceed
with the DHO hearing at this time.

Inmate Typed or Printed Name / Signed: _____/_____ .

Register Number: _____ . Date: _____ . Time: _____ .

Witnessed by: _____/_____ .
              (Staff Printed Name/Signature)

*(This form may be replicated via WP)*    **Prescribed by P5270**    *Replaces BP-293(52) of JAN 88*

BP-A0294
JAN 17

## Notice of Discipline Hearing Before the (DHO) CDFRM

U.S. DEPARTMENT OF JUSTICE                    FEDERAL BUREAU OF PRISONS

FCC Yazoo City, MS                          .
Institution

To: Mendoza-Almendarez, Luis                  REG. NO.: 76696-004

ALLEGED VIOLATION(S):
Fighting with another person.

DATE OF OFFENSE: 08-10-2020                    CODE NO: 201

You are being referred to the DHO for the above charge(s).

The hearing will be held on: _____ at _____ (A.M./P.M.) at the following location:

_____.

You are entitled to have a full-time staff member represent you at the hearing. Please indicate
below whether you desire to have a staff representative, and if so, his or her name.

I (do)_____ (do not) √ wish to have a staff representative.

If so, the staff representative's name is:_____

You will also have the right to call witnesses at the hearing and to present documentary evidence in
your behalf; provided, calling your witnesses will not jeopardize institutional safety. Names of
witnesses you wish to call should be listed below. Briefly state to what each proposed witness would
be able to testify.

I (do) _____ (do not) √ wish to have witnesses.

| NAME: | CAN TESTIFY TO: |
|---|---|
| NAME: | CAN TESTIFY TO: |
| NAME: | CAN TESTIFY TO: |

The Discipline Hearing Officer will call those witnesses (Staff or Inmate) who are reasonably
available, and who are determined by the DHO to have information relevant to the charge(s).
Repetitive witnesses and repetitive character references need not be called. Unavailable witnesses
may be asked to submit written statements.

If additional space is needed, use the reverse side of this form. Date, sign, and return this form
to the DHO.

DATE: 08-14-2020          SIGNATURE: X_____
                                              (b)(6); (b)(7)(C)
Notice of hearing before DHO given inmate 08-14-2020/ 15:50pm by _____
                                                Date/Time                          Signature

*(This form may be replicated via WP)*                    *Replaces BP-294(52) of JAN 88*

Prescribed by P5270